**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rodney Lamont ALLEN, Defendant–Appellant.**

No. 12–7435.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Dec. 18, 2012.

Rodney Lamont Allen, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Lamont Allen appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Allen*, No. 1:07–cr–00032–MR–1 (W.D.N.C. Aug. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*